UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMARR HASSAN TERRY,

Plaintiff,

v.

JACKSON, CITY OF, et al.,

Defendant.
_______________________________/

Case No. 5:24-cv-12182

District Judge Judith E. Levy
Magistrate Judge Anthony P. Patti

**ORDER STRIKING PLAINTIFF'S LETTER TO THE COURT (ECF NO. 39)**

Plaintiff has filed a letter to the Court (ECF No. 39), arguing the merits of his case, filed the same day as his response to Defendants' motion to dismiss (ECF No. 38). Only one response to a motion is permitted, and letters to the Court are prohibited. As my Practice Guidelines for Pro Se cases clearly state: "Letters to the Court are neither pleadings nor motions and will be stricken. Definitions of and requirements for pleadings and motions are provided in Federal Rules of Civil Procedure 7 through 11, with additional local requirements set forth at Local Rules 7.1 through 11.2." While Defendants are entitled to file a final reply brief, Plaintiff's briefing is now closed on this motion. As also explained in my Practice Guidelines for Motion Practice, "[t]he Court will strike any improperly filed sur-replies or other briefing not contemplated by the Local Rules." See E.D. Mich.

7.1(d)(1) & (e). Plaintiff's letter is the equivalent of additional briefing not contemplated by the local rules. Plaintiff is forewarned that no further briefing will be accepted from him with respect to the Defendants' motion to dismiss. Accordingly, Plaintiff's letter to the Court (ECF No. 39) is **HEREBY STRICKEN**.

**IT IS SO ORDERED.**[1]

Dated: September 22, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE